---o---

. HUSTON *v.* ROOSA.

APPEAL from the Wayne Common Pleas.

DOWNEY, J.—This was an action by the appellee against the appellant and one Fitzgerald, to compel the surrender and cancellation of a promissory note, and there was final judgment for the plaintiff. Huston alone appeals and has assigned errors, without complying with section 551, 2 G. & H. 270. The appeal is for this cause dismissed, at the costs of the appellant.

*W. A. Peelle* and *H. C. Fox*, for appellant.

*W. A. Bickle* and *J. B. Julian*, for appellee.